# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-00990-CJC (JDEx) | Date | July 13, 2018 |
| Title | Domo Inc v. Dimension Funding LLC | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION FOR DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Stipulation for Dismissal [13], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

In light of the Notice of Voluntary Dismissal, the Court further orders the Order to Show Cause [12] issued on July 10, 2018 discharged.

                                                                    -     :     -

                                          Initials of Deputy Clerk    mku